IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| VERICREST OPPORTUNITY LOAN TRUST 2010-NPL1 | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CASE NO. 4:11CV142 |
| STEPHANIE HILDRETH AND ALL OCCUPANTS | § § § § | |
| Defendants. | § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On April 29, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Motion to Remand (Dkt. 7) be GRANTED and that this case be remanded to Collin County Court at Law Number Five.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court. Therefore, Plaintiff's Motion to Remand (Dkt. 7) is GRANTED and this case shall be remanded to Collin County Court at Law Number Five of Collin County, Texas.

**IT IS SO ORDERED.**

    **SIGNED this the 10th day of August, 2011.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE